# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

**IN RE:** Apple Inc. Smartphone Antitrust Litigation

                                                    MDL No. 3113

## Errata to Tag Along Actions Notice -
## Docket Entry #124

This Notice is filed as errata to Docket Entry #124, which inadvertently omitted co-plaintiff Calid Inc. from the Notice and accompanying Schedule. The corrected Notice and Schedule are attached herein.

                                        Sincerely,

                                        /s/ Keith Mathews

                                        Keith Mathews, ESQ

                                        American Wealth Protection

                                        1000 Elm Street, Suite 800

                                        Manchester, NH 03105

                                        Counsel for Coronavirus Reporter
                                        Corporation & Calid Inc.