BEFORE THE
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| In re Apple, Inc. Antitrust Litigation | MDL No. |
|---|---|

**SCHEDULE OF ACTIONS**

| | Case Caption | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | **Plaintiffs:**<br>United States of America,<br>State of New Jersey,<br>State of Arizona,<br>State of California,<br>District of Columbia,<br>State of Connecticut,<br>State of Maine,<br>State of Michigan,<br>State of Minnesota,<br>State of New Hampshire,<br>State of New York,<br>State of North Dakota,<br>State of Oklahoma,<br>State of Oregon,<br>State of Tennessee,<br>State of Vermont, and<br>State of Wisconsin<br>**Defendant:**<br>Apple, Inc. | District of New Jersey<br>(Newark Div.) | 2:24-cv-04055-MEF-LDW | Michael E. Farbiarz |
| 2. | **Plaintiff:**<br>Shoshi Goldfus<br>**Defendant:**<br>Apple, Inc. | District of New Jersey<br>(Newark Div.) | 2:24-cv-04108-MEF-LDW | Michael E. Farbiarz |

|    | Case Caption | Court | Civil Action No. | Judge |
|----|---|---|---|---|
| 3. | **Plaintiffs:**<br>Deborah Collins,<br>Hunter Collins, and<br>Henry Morales<br>**Defendant:**<br>Apple, Inc. | N.D. California<br>(San Francisco Div.) | 3:24-cv-01796-RS | Judge Richard Seeborg |
| 4. | **Plaintiff:**<br>Jared Schermer<br>**Defendant:**<br>Apple, Inc. | N.D. California<br>(Oakland Div.) | 4:24-cv-01815-KAW | Mag. Judge Kandis A. Westmore |
| 5. | **Plaintiffs:**<br>Jennifer B. Chiuchiarelli,<br>April H. Yamaichi,<br>Kiyomi Ishii, and<br>Richard K. Hopper<br>**Defendant:**<br>Apple, Inc. | N.D. California<br>(San Jose Div.) | 3:24-cv-01895-SK | Mag. Judge Sallie Kim |