BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: Apple Inc. Smartphone Antitrust Litigation** | MDL No. 3113 |

**PLAINTIFFS AMENDED MOTION TO TRANSFER ACTIONS TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Judicial Panel on Multidistrict Litigation ("JPML") Rules of Procedure, Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper in the proposed class action *Chiuchiarelli, et al. v. Apple, Inc.*, No. 5:24-cv-01895-SK (N.D. Cal.), respectfully moves for an order transferring the 10 putative class actions listed on the attached Amended Schedule of Actions (the "Related Actions:"), as well as any tag-along actions or other cases that may be filed asserting related or similar claims, to the Northern District of California for coordinated or consolidated pretrial proceedings.

Transfer for the purpose of consolidated or coordinated pretrial proceedings is appropriate for the following reasons:

(1) The Related Actions arise from a common factual core, are all brought against the same defendant, have overlapping proposed class definitions, share many common legal claims and issues, and will rely upon common evidence.

(2) If the Related Actions are litigated in separate forums, it will lead to duplicative discovery and motion practice and will likely result in conflicting rulings, particularly with

regard to class certification. The Related Actions should therefore be transferred to a central forum for consolidated or coordinated pretrial proceedings, so that the complex issues in this litigation can be addressed efficiently and adjudicated consistently.

(3) Transfer and centralization will also serve the overall convenience of the parties and witnesses, and promote the just and efficient conduct of the Related Actions, by eliminating duplicative discovery and depositions; reducing discovery-related travel, costs, and schedule conflicts; eliminating duplicative discovery disputes and motion practice; and avoiding conflicting rulings on discovery disputes—all of which will save the time and effort of the parties, counsel, witnesses, and the judiciary.

(4) The Northern District of California is the most appropriate and convenient venue for transfer and centralization of the Related Actions and any tag-along actions because it is the center of gravity of the litigation, the Northern District provides a geographically central forum in an easily accessible metropolitan area. The facts giving rise to this cause of action occurred in the Northern District of California, Defendant is located in the Northern District of California and the majority of witnesses are located in the Northern District of California.

In support of this motion, Plaintiffs are also filing herewith (1) a brief describing the background of the litigation and their factual and legal contentions, (2) a Schedule of Actions in compliance with JPML Rule 6.2(a)(ii), and (3) a copy of all complaints and docket sheets for all actions listed in the Schedule of Actions.

WHEREFORE, Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper respectfully requests that the JPML grant their motion to transfer the Related Actions from the various United States District Courts in which they are now pending to the Northern District of California.

Respectfully submitted,

Dated: April 3, 2024

/s/ *Karin B. Swope*
JOSEPH W. COTCHETT (SBN 36324)
ADAM ZAPALA (SBN 245748)
ELIZABETH CASTILLO (SBN 280502)
GRACE PARK (SBN 239928)
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
gpark@cpmlegal.com

KARIN B. SWOPE (*pro hac vice forthcoming*)
**COTCHETT, PITRE & McCARTHY, LLP**
999 N. Northlake Way, Suite 215
Seattle, WA  98103
Telephone: (206) 802-1272
kswope@cpmlegal.com

Attorneys for Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper and the Proposed Class in *Chiuchiarelli, et al. v. Apple, Inc.*, No. 3:24-cv-01895-SK (N.D. Cal.)