## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SMARTPHONES ANTITRUST LITIGATION | MDL No. |

## PROOF OF SERVICE

I hereby certify that, on April 5, 2024, copies of the forgoing Notice of Appearance and this Proof of Service were served by First Class Mail or Email, as indicated below, to the following:

| | |
|---|---|
| **Via U.S. Mail**<br>Apple, Inc.<br>c/o CT Corporation System<br>555 Capitol Mall, Suite 1150<br>Sacramento, CA 95814<br><br>*Agent for Service of Process for Defendant Apple, Inc.* | |

| | |
|---|---|
| **Via Electronic Mail**<br>William G. Caldes<br>Jeffrey J. Corrigan<br>Jeffrey L. Spector<br>SPECTOR ROSEMAN & KODROFF, P.C.<br>2001 Market Street, Suite 3420<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>bcaldes@srkattorneys.com<br>jcorrigan@srkattorneys.com<br>jspector@srkattorneys.com<br><br>GORDON BALL, PLLC<br>Gordon Ball<br>3728 West End Avenue<br>Nashville, Tennessee 37205<br>Telephone: (865) 525-7028<br>gball@gordonball.com<br><br>BIENERT KATZMAN LITTRELL | **Via Electronic Mail**<br>JOSEPH W. COTCHETT<br>ADAM ZAPALA<br>ELIZABETH CASTILLO<br>GRACE PARK<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>ecastillo@cpmlegal.com<br>gpark@cpmlegal.com<br><br>KARIN B. SWOPE (pro hac vice forthcoming)<br>COTCHETT, PITRE & McCARTHY, LLP<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Telephone: (206) 802-1272 |

| | |
|---|---|
| WILLIAMS<br>Thomas H. Bienert, Jr. (pro hac vice forthcoming)<br>Daniel Goldman (pro hac vice forthcoming)<br>903 Calle Amanecer, Suite 350<br>San Clemente, CA 92673<br>Telephone: (949) 369-3700<br>Facsimile: (949) 369-3701<br>tbienert@bklwlaw.com<br>dgoldman@bklwlaw.com<br><br>*Counsel for Plaintiffs Christina Kolinsky and Sidney Rossi*<br>No. 2:24-cv-04232 (D.N.J.) | kswope@cpmlegal.com<br><br>*Attorneys for Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper*<br>No. 3:24-cv-01895-SK (N.D. Cal.) |
| **Via Electronic Mail**<br>Andrew J. Heo, Esquire<br>BARRACK, RODOS & BACINE<br>One Gateway Center, Suite 2600<br>Newark, NJ 07102<br>(973) 297-1484<br>aheo@barrack.com<br><br>Gerald J. Rodos<br>Daniel E. Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-0600<br>Fax: (215) 963-0838<br>grodos@barrack.com<br>dbacine@barrack.com<br><br>William J. Ban<br>Eleven Times Square<br>640 8th Avenue, 10th Floor<br>New York, NY 10036<br>Tel: (212) 688-0782<br>Fax: (212) 688-0783<br>wban@barrack.com<br><br>*Counsel for Plaintiff Louis Levine*<br>No. 2:24-cv-04284 (D.N.J.) | **Via Electronic Mail**<br>Blake Hunter Yagman<br>Isreal David LLC<br>17 State Street, Suite 4010<br>New York, NY 10004<br>blake.yagman@davidllc.com<br><br>Isreal David<br>Fried Frank Harris Shriver and Jacobson LLP<br>One New York Plaza<br>New York, NY 10004<br>isreal@israeldavidllc.com<br><br>Mario Alberto Moya<br>Moya Law Firm<br>1300 Clay St., Suite 600<br>Oakland, CA 94612<br>mmoya@moyalawfirm.com<br><br>*Counsel for Plaintiff: Jared Schermer*<br>No. 4:24-cv-01815-KAW (N.D. Cal.) |
| **Via Electronic Mail**<br>Dena C. Sharp (State Bar No. 245869)<br>Adam E. Polk (State Bar No. 273000) | **Via Electronic Mail**<br>James E. Cecchi<br>Carella, Byrne, Cecchi, Brody & Agnello, P.C. |

| | |
|---|---|
| Jordan Elias (State Bar No. 228731)<br>Namita Dhawan (State Bar No. 326639)<br>GIRARD SHARP LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Telephone: (415) 981-4800<br>dsharp@girardsharp.com<br>apolk@girardsharp.com<br>jelias@girardsharp.com<br>ndhawan@girardsharp.com<br><br>*Counsel for Plaintiffs Richard Dwyer and Aimen Halim,* No. 3:24-cv-01844-LB (N.D. Cal.) | 5 Becker Farm Road<br>Roseland, NJ 07068<br>jcecchi@carellabyrne.com<br><br>*Counsel for Plaintiff Shoshi Goldfus*<br>No. 2:24-cv-04108-MEF-LDW (D.N.J.) |
| **Via Electronic Mail**<br>Ben Michael Harrington<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>benh@hbsslaw.com<br><br>*Counsel for Plaintiffs: Deborah Collins, Hunter Collins and Henry Morales*<br>No. 3:24-cv-01796-RS (N.D. Cal.) | **Via Electronic Mail**<br>Todd M. Schneider<br>Matthew S. Weiler<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Email: tschneider@schneiderwallace.com<br>Email: mweiler@schneiderwallace.com<br><br>Jason H. Kim<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP<br>300 S. Grand Avenue, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (415) 421-7100<br>Email: jkim@schneiderwallace.com<br><br>Peter B. Schneider<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP<br>3700 Buffalo Speedway, Suite 960<br>Houston, TX 77098<br>Telephone: (713) 338-2560<br>PSchneider@schneiderwallace.com<br><br>Michael Dell'Angelo<br>BERGER MONTAGUE<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000 |

|  | Email: mdellangelo@bm.net |
|---|---|
|  | *Counsel for Plaintiff Erik D. Loewen,* No. 3:24-cv-02006 (N.D. Cal.) |
| **Via Electronic Mail**<br>Laurence D. King<br>Matthew George<br>Blair E. Reed<br>KAPLAN FOX & KILSHEIMER<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Tel.: (415) 772-4700<br>Fax: (415) 772-4707<br>Email: lking@kaplanfox.com<br>mgeorge@kaplanfox.com<br>breed@kaplanfox.com<br><br>Frederic S. Fox<br>Donald R. Hall<br>Hae Sung Nam<br>Chang Hahn<br>800 Third Avenue<br>New York, NY 10022<br>Tel.: (212) 687-1980<br>Fax: (212) 687-7715<br>Email: ffox@kaplanfox.com<br>dhall@kaplanfox.com<br>hnam@kaplanfox.com<br>chahn@kaplanfox.com<br><br>*Counsel for Plaintiffs Christopher Miller and Angela Boykin,* No. 5:24-cv-01988 (N.D. Cal.) |  |

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 5, 2024               Respectfully submitted,

/s/ *Peter A. Barile III*
Peter A. Barile III
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601

Telephone: (914) 997-0500
pbarile@lowey.com

*Counsel for Plaintiff Stacey Kurtz*
*No. 2:24-cv-04355 (D.N.J.)*