BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Apple Inc. Smartphone Antitrust Litigation | MDL No. 3113 |

## PROOF OF SERVICE

The undersigned certifies that a copy of the "Notice of Appearance of Laurence D. King" was filed on this date, along with this Proof of Service. The Notice of Appearance of Laurence D. King, and this Proof of Service, are being served via *U.S. first class mail* upon the following:

N.D. Cal., 3:24-cv-01988-RFL, *Miller, et al. v. Apple Inc.*

Apple, Inc.
c/o Registered Agent – CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA  91203

I am readily familiar with my firm's practice for the processing of United States *first class mail* and that process is that documents are placed in sealed envelopes, with postage prepaid thereon, addressed as indicated, and deposited with the United States Postal Service in the ordinary course of business on the same date as this Proof of Service.

Dated: April 5, 2024

Respectfully submitted,

KAPLAN FOX & KILSHEIMER LLP

By: */s/ Laurence D. King*
         Laurence D. King
1999 Harrison Street, Suite 1560
Oakland, CA  94612
(415) 772-4700
lking@kaplanfox.com

*Counsel for Plaintiffs Christopher Miller and Angela Boykin,* Case No. 5:24-cv-01988-RFL (N.D. Cal.)