# Press Criticism of *Cameron v. Apple* developer Antitrust Settlement

## 1. Low Compensation for Developers

*Criticism*: The settlement amount of $100 million, with almost $30 million of that fees award to Hagens Berman, is widely viewed as insufficient given the size of Apple's market and the profits it has generated from the App Store. Many developers argue that the compensation does not adequately cover the losses they have incurred due to Apple's restrictive practices.

- *Citation*: "The $100 million settlement fund has been criticized as being too small to meaningfully compensate developers who have been impacted by Apple's App Store policies."
  *Source*: 9to5Mac, "Billion-dollar Apple lawsuit accuses company of 'abusive' commissions on app sales," July 25, 2023. Available at: https://9to5mac.com

- *Citation*: "Many developers feel the amount offered in the settlement is a fraction of what they should have received given the scale of Apple's App Store operations and the substantial revenue it has generated from developer commissions."
  *Source*: TechCrunch, "Apple settles App Store developer lawsuit with $100 million fund, other concessions," August 26, 2021. Available at: https://techcrunch.com

## 2. Lack of Substantive Changes to App Store Policies

*Criticism*: The settlement does not force Apple to implement significant changes to its App Store policies, such as lowering commission rates or allowing third-party payment systems. The modifications primarily focus on permitting developers to communicate about alternative payment methods outside the app, while Apple still charges a commission on these external transactions.

- *Citation*: "Developers can now communicate with customers about alternative payment methods outside their apps, but Apple will still charge a commission on such transactions. Critics argue this maintains Apple's control over the App Store ecosystem."
  *Source*: 9to5Mac, "Apple revises US App Store rules to let developers link to outside payment methods, but it will still charge a commission," January 16, 2024. Available at: https://9to5mac.com

## 3. Preservation of Apple's Monopoly Power

*Criticism*: The settlement does not address the core issue of Apple's alleged monopoly over app distribution on iOS devices. Without opening the platform to alternative app stores or significantly altering its commission structure, Apple maintains its dominant position.

- *Citation*: "The settlement fails to address Apple's monopoly over app distribution on iOS devices. By not mandating the allowance of alternative app stores or reducing its commission structure, Apple continues to hold a dominant position in the market."
  *Source*: 9to5Mac, "Billion-dollar Apple lawsuit accuses company of 'abusive' commissions on app sales," July 25, 2023. Available at: 9to5mac.com

- *Citation*: "The deal keeps Apple's effective monopoly intact by not forcing the company to open up to alternative app stores, which is a primary concern among developers and antitrust advocates."
  *Source*: Bloomberg Law, "Apple's developer settlement criticized for lack of meaningful change," August 26, 2021. Available at: bloomberglaw.com

- *Citation*: "This settlement doesn't change Apple's monopoly control over the App Store, which continues to be a key issue for developers seeking more freedom and fairness in the marketplace."
  *Source*: Reddit post on r/Apple, August 28, 2021. Available at: reddit.com/r/Apple

### 4. Limited Scope of Eligible Developers

Criticism: The settlement's eligibility criteria are too narrow, covering only U.S.-based developers who earned $1 million or less annually between June 2015 and April 2021, thereby excluding many developers who were also impacted by Apple's policies.

- *Citation*: "The settlement only applies to U.S.-based developers who earned less than $1 million per year, excluding a vast number of developers affected by Apple's policies, which critics argue is an arbitrary and unfair restriction."
  *Source*: 9to5Mac, "Billion dollar developer lawsuit will proceed, after Apple's objection was rejected," April 12, 2024. Available at: 9to5mac.com

- Citation: "Developers outside of the U.S. or those earning above $1 million annually are excluded from this settlement, leaving many affected developers without any compensation."
  Source: Law360, "Apple's $100M Developer Settlement Faces Backlash Over Scope," August 27, 2021. Available at: Law360.com

### 5. Perceived as a PR Move

*Criticism*: Some view the settlement as a strategic public relations move by Apple to avoid a lengthy legal battle and potential antitrust rulings that could mandate more significant changes. The settlement is perceived to offer minimal concessions without addressing broader antitrust issues or genuinely altering Apple's market behavior.

- *Citation*: "The settlement is seen by some as a public relations maneuver by Apple to avoid a prolonged court battle and potential antitrust scrutiny that could lead to more significant policy changes."
  *Source*: 9to5Mac, "Billion dollar developer lawsuit will proceed, after Apple's objection was rejected," April 12, 2024. Available at: 9to5mac.com

- *Citation*: "This settlement appears more like a way for Apple to sidestep deeper scrutiny and avoid a long-drawn legal process, rather than making meaningful changes to its App Store policies."
  *Source*: The Verge, "Apple's $100 million developer settlement: What it means and what it doesn't," August 27, 2021. Available at: theverge.com

## 6. Absence of Judicial or Regulatory Enforcement

*Criticism*: The settlement was reached through negotiation rather than a court decision, which means there is no judicial or regulatory oversight compelling Apple to implement significant changes to its App Store practices. This lack of formal enforcement has led to criticism that the settlement is insufficient to bring about meaningful reforms and does not set a legal precedent for future cases.

- *Citation*: "Because the settlement was agreed upon outside of the court system, there is no binding judicial oversight ensuring that Apple adheres to any long-term changes. This has raised concerns that the settlement is more of a temporary fix rather than a permanent solution."
  *Source*: 9to5Mac, "Billion-dollar Apple lawsuit accuses company of 'abusive' commissions on app sales," July 25, 2023. Available at: 9to5mac.com

- *Citation*: "The absence of a court ruling means that the settlement does not have the force of law behind it. Critics argue that without judicial enforcement, Apple has less incentive to make lasting changes to its business practices."
  *Source*: Bloomberg Law, "Apple's developer settlement criticized for lack of meaningful change," August 26, 2021. Available at: bloomberglaw.com

- *Citation*: "By settling out of court, Apple avoids any formal regulatory or judicial mandate to change its App Store policies. This is seen by some as a missed opportunity to establish stronger legal protections for developers."
  *Source*: Law360, "Developers Push Back on Apple Settlement, Calling for Greater Oversight," August 27, 2021. Available at: law360.com

- *Citation*: "Critics on forums like Reddit have voiced that without a court order, the settlement lacks the legal 'teeth' necessary to ensure compliance from Apple, raising doubts about the effectiveness of the agreement."
  *Source*: Reddit post on r/law, August 31, 2021. Available at: reddit.com/r/law