BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Response to Plaintiffs' Motion to Transfer Pursuant to 28 U.S.C. § 1047 For Coordinated Or Consolidated Pretrial Proceedings, and this Proof of Service were served on all parties in the following cases electronically via ECF, or as indicated below, on April 26, 2024.

*Aceto v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-05663 **(served via USPS Priority Mail)**

Peter D. St. Phillip, Jr.
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Email: pstphillip@lowey.com
**Counsel for Plaintiff Barbara Aceto**

*Chiuchiarelli et al v. Apple, Inc.*, N.D. Cal., C.A. No. 3:24-cv-01895-VC

| | |
|---|---|
| Karin Bornstein Swope<br>Cotchett, Pitre & McCarthy, LLP<br>999 N. Northlake Way, Suite 215<br>Seattle, WA 98103<br>Email: kswope@cpmlegal.com<br>**Counsel for Plaintiffs Jennifer B. Chiuchiarelli, Richard K. Hopper, Kiyomi Ishii & April H. Yamaichi** | Joseph W. Cotchett<br>Cotchett Pitre & McCarthy LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Email: jcotchett@cpmlegal.com<br>**Counsel for Plaintiffs Jennifer B. Chiuchiarelli, Richard K. Hopper, Kiyomi Ishii & April H. Yamaichi** |

*Collins et al v. Apple Inc.*, N.D. Cal., C.A. No. 3:24-cv-01796-RS **(served via USPS Priority Mail)**

Ben Michael Harrington

Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Email: benh@hbsslaw.com
**Counsel for Plaintiffs Deborah Collins,
Hunter Collins & Henry Morales**

*Crocco v. Apple Inc.*, **D.N.J., C.A. No. 2:24-cv-05281-JXN-LDW (served via USPS Priority Mail)**

Lee Albert
Glancy Prongay & Murray LLP
230 Park Ave., Suite 358
New York, NY 10169
Email: lalbert@glancylaw.com
**Counsel for Plaintiff Matthew Crocco**

*Daines et al v. Apple Inc.*, **D.N.J., C.A. No. 2:24-cv-05359-JXN-LDW**

Michelle C. Clerkin
Spiro Harrison & Nelson
40 Exchange Place, Suite 1404
New York, NY 10005
Email:  mclerkin@shnlegal.com
**Counsel for Plaintiffs Tory Daines and Sarah Babb**

*Dwyer et al v. Apple Inc.*, **N.D. Cal., C.A. No. 5:24-cv-01844-PCP**

Jordan S. Elias
Namita Dhawan
Adam E. Polk
Dena C. Sharp
Girard Sharp LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Email: jelias@girardsharp.com
Email: ndhawan@girardsharp.com
Email: apolk@girardsharp.com
Email: dsharp@girardsharp.com
**Counsel for Plaintiffs Richard Dwyer &
Aimen Halim**

*Giamanco v. Apple Inc.*, **N.D. Ill., C.A. No. 1:24-cv-02694**

2

Steven Francis Molo
Eric Posner
Jordan Andrew Rice
MoloLamken LLP
300 North LaSalle Street, Suite 5350
Chicago, IL 60654
Email: smolo@mololamken.com
Email: eposner@mololamken.com
Email: jrice@mololamken.com
**Counsel for Plaintiff Joseph Giamanco**

David William Walchak
George A. Zelcs
Korein Tillery LLC
205 N Michigan Ave, Suite 1950
Chicago, IL 60601
Email: dwalchak@koreintillery.com
Email: gzelcs@koreintillery.com
**Counsel for Plaintiff Joseph Giamanco**

Carol L O'keefe
Stephen Matthew Tillery
Korein Tillery, LLC
505 North 7th Street, Suite 3600
Saint Louis, MO 63101
Email: cokeefe@koreintillery.com
Email: stillery@koreintillery.com ☐
**Counsel for Plaintiff Joseph Giamanco**

*Goldfus v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04108-JXN-LDW

Caroline F. Bartlett
James E. Cecchi
Carella Byrne Cecchi Brody &Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Email: cbartlett@carellabyrne.com
Email: jcecchi@carellabyrne.com
**Counsel for Plaintiff Shoshi Goldfus**

Melinda R. Coolidge
Hausfeld LLP
888 16th Street, N.W., Suite 300 Washington, DC 20006
Email: mcoolidge@hausfeld.com
**Counsel for Plaintiff Shoshi Goldfus**

Katie Rose Beran
Hausfeld LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Email: kberan@hausfeld.com
**Counsel for Plaintiff Shoshi Goldfus**

*Herrerias et al v. Apple Inc.*, N.D. Cal., C.A. No. 3:24-cv-02199-AGT (served via USPS Priority Mail)

Gayle Meryl Blatt
Patricia Camille Guerra
Jeremy Keith Robinson

Casey Gerry Schenk Francavilla Blatt &
Penfield LLP
110 Laurel Street
San Diego, CA 92101
Email: gmb@cglaw.com
Email: amille@cglaw.com
Email: jrobinson@cglaw.com
**Counsel for Plaintiffs Anali Herrerias &
Mariah Nayeri**

*Kane v. Apple Inc.*, N.D. Cal., C.A. 4:24-cv-02193-HSG (served via USPS Priority Mail)

Aaron Paul Arnzen
Francis A. Bottini, Jr.
Albert Y. Chang
Bottini & Bottini, Inc.
7817 Ivanhoe Avenue, Suite 102
La Jolla, CA 92037
Email: aarnzen@bottinilaw.com
Email: fbottini@bottinilaw.com
Email: achang@bottinilaw.com
**Counsel for Plaintiff Lisa Johnston Kane**

*Kolinsky et al v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04232-JXN-LDW

| | |
|---|---|
| Daniel Z. Goldman | William Gerald Caldes |
| Bienert Katzman Littrell Willaims LLP | Spector Roseman & Kodroff, P.C. |
| 903 Calle Amanecer, Suite 350 | 2001 Market Street, Suite 3420 |
| San Clemente, CA 92673 | Philadelphia, PA 19103 |
| Email: dgoldman@bklwlaw.com | Email: bcaldes@srkattorneys.com |
| **Counsel for Plaintiffs Christina Kolinsky & Sidney Rossi** | **Counsel for Plaintiffs Christina Kolinsky & Sidney Rossi** |

*Kurtz v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04355-JXN-LDW

Peter A. Barile III
Peter D. St. Phillip, Jr.
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Email: pbarile@lowey.com
Email: pstphillip@lowey.com
**Counsel for Plaintiff Stacey Kurtz**

*Kyndberg v. Apple Inc.*, D. Minn., C.A. No. 0:24-cv-01107-NEB-TNL

4

Daniel E. Gustafson
Daniel C. Hedlund
Daniel J. Nordin
Mary M. Nikolai
Michelle J. Looby
Gustafson Gluek PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Email: dgustafson@gustafsongluek.com
Email: dhedlund@gustafsongluek.com
Email: dnordin@gustafsongluek.com
Email: mnikolai@gustafsongluek.com
Email: mlooby@gustafsongluek.com
**Counsel for Plaintiff Kendra Kyndberg**

*Leonard v. Apple Inc.*, **N.D. Cal., C.A. No. 3:24-cv-02156-JD (served via USPS Priority Mail)**

James M. Finberg
Corinne F. Johnson
Michael Rubin
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Email: jfinberg@altshulerberzon.com
Email: cjohnson@altber.com
Email: mrubin@altshulerberzon.com
**Counsel for Plaintiff Thomas Leonard**

*Levine v. Apple Inc.*, **D.N.J., C.A. No. 2:24-cv-04284-JXN-LDW**

| | |
|---|---|
| Andrew Jimin Heo | William J. Ban |
| Barrack, Rodos & Bacine | Barrack, Rodos & Bacine |
| 3300 Two Commerce Square | Eleven Times Square, 640 Eighth Avenue, |
| 2001 Market Street | 10th Floor |
| Philadelphia, PA 19103 | New York, NY 10036 |
| Email: aheo@barrack.com | Email: wban@barrack.com |
| **Counsel for Plaintiff Louis Levine** | **Counsel for Plaintiff Louis Levine** |

*Loewen v. Apple Inc.*, **N.D. Cal., C.A. No. 3:24-cv-02006-LB (served via USPS Priority Mail)**

Matthew Sinclair Weiler
Schneider Wallace Cottrell Konecky LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94612

5

Email: mweiler@schneiderwallace.com
**Counsel for Plaintiff Erik D. Loewen**

*Marie et al v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-05541-JXN-LDW (served via USPS Priority Mail)

Charles Joseph Kocher
McOmber, McOmber and Luber
50 Lake Center Drive, Suite 400
Marlton, NJ 08053
Email: cjk@njlegal.com
**Counsel for Plaintiffs Susan Marie, Sharla Hilburn & Nancy Cox**

*Melkowski v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04827-JXN-LDW (served via USPS Priority Mail)

Alex M. Kashurba
Timothy N. Mathews
Chimicles Schwartz Kriner & Donaldson-Smith LLP
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Email: amk@chimicles.com
Email: timothymathews@chimicles.com
**Counsel for Plaintiff Kevin Melkowski**

*Miller et al v. Apple Inc.*, N.D. Cal., C.A. No. 3:24-cv-01988-RFL

Matthew B. George
Laurence D. King
Blair Elizabeth Reed
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Email: mgeorge@kaplanfox.com
Email: lking@kaplanfox.com
Email: breed@kaplanfox.com
**Counsel for Plaintiffs Christopher Miller & Angela Boykin**

*Moody et al v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04560-JXN-LDW

Kenneth J. Grunfeld                               Jeff Ostrow

6

| | |
|---|---|
| Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>65 Overhill Road<br>Bala Cynwyd, PA 19004<br>Email: grunfeld@kolawyers.com<br>**Counsel for Plaintiffs Timothy Moody, Alfredo De La Hoz & Enrique Finkelstein** | Kopelowitz Ostrow Ferguson Weiselberg Gilbert<br>One West Las Olas Boulevard, Suite 500<br>Fort Lauderdale, FL 33301<br>Email: ostrow@kolawyers.com<br>**Counsel for Plaintiffs Timothy Moody, Alfredo De La Hoz & Enrique Finkelstein** |

*Schermer v. Apple Inc.*, N.D. Cal., C.A. No. 3:24-cv-01815-AMO

| | |
|---|---|
| Israel David<br>Blake Hunter Yagman<br>Israel David LLC<br>17 State Street, Suite 4010<br>New York, NY 10004<br>Email: israel@israeldavidllc.com<br>Email: blake.yagman@davidllc.com<br>**Counsel for Plaintiff Jared Schermer** | Rebecca Mary Hoberg<br>Mario Alberto Moya<br>Moya Law Firm<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612<br>Email: rhoberg@moyalawfirm.com<br>Email: mmoya@moyalawfirm.com<br>**Counsel for Plaintiff Jared Schermer** |

*Schwartz et al v. Apple Inc.*, N.D. Cal., C.A. No. 4:24-cv-02213-DMR

Robert Ahdoot
Theodore Walter Maya
Christopher Eric Stiner
Tina Wolfson
Ahdoot & Wolfson, PC
2600 West Olive Avenue, Suite 500
Burbank, CA 91505
Email: rahdoot@ahdootwolfson.com
Email: tmaya@ahdootwolfson.com
Email: cstiner@ahdootwolfson.com
Email: twolfson@ahdootwolfson.com
**Counsel for Plaintiffs Zachary Schwartz & Bernadette Lionetta**

*Siano et al v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04568-JXN-LDW

Jennifer R. Scullion
Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Email: jscullion@seegerweiss.com
Email: cseeger@seegerweiss.com
**Counsel for Plaintiffs Deanna Siano &**

7

Christopher Walker

*Ultra Home Set, LLC v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04223-JXN-LDW (served via USPS Priority Mail)

Caroline F. Bartlett
James E. Cecchi
Carella Byrne Cecchi Brody & Agnello, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Email: cbartlett@carellabyrne.com
Email: jcecchi@carellabyrne.com ☐
**Counsel for Plaintiff Ultra Home Set, LLC**

*Watson v. Apple Inc.*, D.N.J., C.A. No. 2:24-cv-04445-JXN-LDW

Jeffrey B. Gittleman
Pogust Goodhead LLC
161 Washington St, Suite 250
Conshohocken, PA 19428
Email: jgittleman@pogustgoodhead.com
**Counsel for Plaintiff Jacqueline Watson**

| | |
|---|---|
| Dated:   April 26, 2024 | Respectfully submitted, |
| | */s/ Cynthia E. Richman* |
| | Cynthia E. Richman |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, D.C. 20036-5306 |
| | Telephone: 202.955.8500 |
| | Facsimile: 202.467.0539 |
| | CRichman@gibsondunn.com |
| | |
| | *Attorney for Defendant Apple Inc.* |