BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |
|---|---|

## NOTICE OF PRESENTATION OR WAIVER OF ORAL ARGUMENT
## SCHEDULE OF ACTIONS

|  | Plaintiff(s) | Defendant | District | Civil Action No | Judge |
|---|---|---|---|---|---|
| 1. | Barbara Aceto | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05663-JXN-LDW | Judge Julien Xavier Neals |
| 2. | Denise Bove | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05727-JXN-LDW | Judge Julien Xavier Neals |
| 3. | Jennifer B. Chiuchiarelli, Richard K. Hopper, Kiyomi Ishii & April H. Yamaichi | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv-01895-VC | Judge Vince Chhabria |
| 4. | Deborah Collins, Hunter Collins & Henry Morales | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv-01796-RS | Judge Richard Seeborg |
| 5. | Matthew Crocco | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05281-JXN-LDW | Judge Julien Xavier Neals |
| 6. | Tory Daines & Sarah Babb | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05359 | Judge Julien Xavier Neals |
| 7. | Richard Dwyer & Aimen Halim | Apple Inc. | N.D. Cal. (San Jose Div.) | 5:24-cv-01844-PCP | Judge P. Casey Pitts |
| 8. | Joseph Giamanco | Apple Inc. | N.D. Ill. (Chicago Div.) | 1:24-cv-02694 | Judge Sara L. Ellis |
| 9. | Shoshi Goldfus | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04108-JXN-LDW | Judge Julien Xavier Neals |
| 10. | Anali Herrerias & Mariah Nayeri | Apple Inc. | N.D. Cal. (San | 5:24-cv-02199-VC | Judge Vince Chhabria |

|     | Plaintiff(s) | Defendant | District | Civil Action No | Judge |
| --- | --- | --- | --- | --- | --- |
|     |              |           | Francisco Div.) |                 |       |
| 11. | Lisa Johnston Kane | Apple Inc. | N.D. Cal. (Oakland Div.) | 4:24-cv-02193-HSG | Judge Haywood S. Gilliam, Jr |
| 12. | Christina Kolinsky & Sidney Rossi | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04232-JXN-LDW | Judge Julien Xavier Neals |
| 13. | Stacey Kurtz | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04355-JXN-LDW | Judge Julien Xavier Neals |
| 14. | Kendra Kyndberg | Apple Inc. | D. Minn. | 0:24-cv-01107-NEB-TNL | Judge Nancy E. Brasel |
| 15. | Thomas Leonard | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv-02156-JD | Judge James Donato |
| 16. | Louis Levine | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04284-JXN-LDW | Judge Julien Xavier Neals |
| 17. | Erik D. Loewen | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv-02006-LB | Mag. Judge Laurel Beeler |
| 18. | Susan Marie, Sharla Hilburn & Nancy Cox | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05541-JXN-LDW | Judge Julien Xavier Neals |
| 19. | Aaron Maxa | Apple Inc. | W.D. P.a. (Pittsburgh Div.) | 2:24-cv-00639-NR | Judge J. Nicholas Ranjan |
| 20. | Kevin Melkowski | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04827-JXN-LDW | Judge Julien Xavier Neals |
| 21. | Robert Michaelson | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05722-JXN-LDW | Judge Julien Xavier Neals |
| 22. | Christopher Miller & Angela Boykin | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv-01988-RFL | Judge Rita F. Lin |
| 23. | Timothy Moody, Alfredo De La Hoz & Enrique Finkelstein | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04560-JXN-LDW | Judge Julien Xavier Neals |

|  | **Plaintiff(s)** | **Defendant** | **District** | **Civil Action No** | **Judge** |
|---|---|---|---|---|---|
| **24.** | Jared Schermer | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv-01815-AMO | Judge Araceli Martinez-Olguin |
| **25.** | Zachary Schwartz & Bernadette Lionetta | Apple Inc. | N.D. Cal. (Oakland Div.) | 4:24-cv-02213-JD | Judge James Donato |
| **26.** | Deanna Siano & Christopher Walker | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04568-JXN-LDW | Judge Julien Xavier Neals |
| **27.** | Ultra Home Set, LLC | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04223-JXN-LDW | Judge Julien Xavier Neals |
| **28.** | Jacqueline Watson | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-04445-JXN-LDW | Judge Julien Xavier Neals |
| **29.** | Kyle T. Whiteside | Apple Inc. | N.D. Cal. (San Jose Div.) | 5:24-cv-02699 | Judge Not Yet Assigned |