BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |

**ERRATA**

Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper, by and through their undersigned counsel, hereby submit this Errata to correct errors in the Schedule of Actions and Proof of Service e-filed on April 8, 2024 (docket nos. 12-1 and 12-2), which cited two incorrect case numbers on the Schedule of Actions (0:24-cv-01107-NEB-TNL & 1:24-cv-02694) and two incorrect case numbers on the Proof of Service (0:24-cv-01107-NEB-TNL and 2:24-cv-04445-MEF-LDW). Attached as Attachments are copies of the Amended Schedule of Actions and Amended Proof of Service reflecting the corrected case numbers.

Proof of service on each party to these actions is also attached.

Dated: April 10, 2024                               Respectfully submitted,

                                                     */s/ Karin B. Swope*
                                                     Joseph W. Cotchett (SBN 36324)
                                                     Adam J. Zapala (SBN 245748)
                                                     Elizabeth Castillo (SBN 280502)
                                                     Grace Park (SBN 239928)
                                                     **COTCHETT, PITRE & McCARTHY, LLP**
                                                     840 Malcolm Road, Suite 200
                                                     Burlingame, CA 94010
                                                     Telephone: (650) 697-6000
                                                     Fax: (650) 697-0577

jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
gpark@cpmlegal.com

Karin B. Swope (*pro hac vice forthcoming*)
**COTCHETT, PITRE & McCARTHY, LLP**
999 N. Northlake Way, Suite 215
Seattle, WA  98103
Telephone: (206) 802-1272
kswope@cpmlegal.com

Attorneys for Plaintiffs Jennifer B. Chiuchiarelli, April H. Yamaichi, Kiyomi Ishii, and Richard K. Hopper and the Proposed Class in *Chiuchiarelli, et al. v. Apple, Inc.*, No. 3:24-cv-01895-SK (N.D. Cal.)