BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: Apple Inc. Smartphone Antitrust Litigation | MDL No. 3113 |

NOTICE OF RELATED ACTION

In accordance with Rule 6.2(d) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, Plaintiff Stacey Kurtz writes to provide notice that in addition to those actions listed on the Schedule of Actions, ECF No. 30-1 (Apr. 23, 2024), the following related action has since been filed:

*Aceto v. Apple Inc.*, No. 2:24-cv-5663 (D.N.J.) (filed Apr. 26, 2024) (unassigned).

A Schedule of Actions as well as a complaint and docket sheet for the newly-filed case listed above are attached hereto.

Dated: April 26, 2024

Respectfully submitted,

*s/ Peter A. Barile III*
Peter A. Barile III
Peter D. St. Phillip, Jr.
Vincent Briganti
Raymond P. Girnys
Peter Demato
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone.: (914) 997-0500
Facsimile: (914) 997-0035
pbarile@lowey.com
pstphillip@lowey.com
vbriganti@lowey.com
rgirnys@lowey.com
pdemato@lowey.com

Attorneys for Plaintiff Stacey Kurtz and the Proposed Class in *Aceto v. Apple, Inc.*, No. 2:24-cv-04355 (D.N.J.)