**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: Apple Inc. Smartphone Antitrust Litigation | MDL No. 3113 |

## SCHEDULE OF ACTIONS

| | Plaintiff | Defendant | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| **1.** | Stacey Kurtz | Apple Inc. | D.N.J. (Newark Division) | 2:24-cv-04355 | Judge Julien Xavier Neals |
| **2.** | Shoshi Goldfus | Apple Inc. | D.N.J. (Newark Division) | 2:24-cv04108-JXNLDW | Judge Julien Xavier Neals |
| **3.** | Deborah Collins, Hunter Collins & Henry Morales | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv01796-RS | Judge Richard Seeborg |
| **4.** | Jared Schermer | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv01815-AMO | Judge Araceli Martinez Olguin |
| **5.** | Richard Dwyer & Aimen Halim | Apple Inc. | N.D. Cal. (San Jose Div.) | 5:24-cv01844-PCP | Judge P. Casey Pitts |
| **6.** | Ultra Home Set, LLC | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04223-JXNLDW | Judge Julien Xavier Neals |
| **7.** | Christina Kolinsky & Sidney Rossi | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04232-JXNLDW | Judge Julien Xavier Neals |
| **8.** | Louis Levine | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04284-JXNLDW | Judge Julien Xavier Neals |

| 9. | Jennifer B. Chiuchiarelli, Richard K. Hopper, Kiyomi Ishii & April H. Yamaichi | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv01895-VC | Judge Vince Chhabria |
|---|---|---|---|---|---|
| 10. | Kendra Kyndberg | Apple Inc. | D. Minn. | 0:24-cv01107-NEBTNL | Judge Nancy E. Brasel |
| 11. | Jacqueline Watson | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04445-JXNLDW | Judge Julien Xavier Neals |
| 12. | Christopher Miller & Angela Boykin | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv01988-RFL | Judge Rita F. Lin |
| 13. | Erik D. Loewen | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv02006-LB | Mag. Judge Laurel Beeler |
| 14. | Joseph Giamanco | Apple Inc. | N.D. Ill. (Chicago Div.) | 1:24-cv02694 | Judge Sara L. Ellis |
| 15. | Timothy Moody, Alfredo De La Hoz & Enrique Finkelstein | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04560-JXNLDW | Judge Julien Xavier Neals |
| 16. | Deanna Siano & Christopher Walker | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04568-JXNLDW | Judge Julien Xavier Neals |
| 17. | Thomas Leonard | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv02156-JD | Judge James Donato |
| 18. | Kevin Melkowski | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv04827-JXNLDW | Judge Julien Xavier Neals |
| 19. | Lisa Johnston Kane | Apple Inc. | N.D. Cal. (Oakland Div.) | 4:24-cv02193-HSG | Judge Haywood S. Gilliam, Jr |
| 20. | Anali Herrerias & Mariah Nayeri | Apple Inc. | N.D. Cal. (San Francisco Div.) | 3:24-cv02199-AGT | Mag. Judge Alex G. Tse |
| 21. | Zachary Schwartz & Bernadette Lionetta | Apple Inc. | N.D. Cal. (Oakland Div.) | 4:24-cv02213-DMR | Mag. Judge Donna M. Ryu |

| | | | | | |
|---|---|---|---|---|---|
| **22.** | Matthew Crocco | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv05281-JXNLDW | Judge Julien Xavier Neals |
| **23.** | Tory Daines & Sarah Babb | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv05359 | Judge Julien Xavier Neals |
| **24.** | Susan Marie, Sharla Hilburn, & Nancy Cox | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-05541 | Judge Julien Xavier Neals |
| **25.** | Barbara Aceto | Apple Inc. | D.N.J. (Newark Div.) | 2:24-cv-5663 | unassigned |