**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

IN RE: APPLE INC. SMARTPHONE                          MDL NO. 3113
ANTITRUST LITIGATION

**CHRISTINA KOLINSKY AND SIDNEY ROSSI'S BRIEF IN**
**OPPOSITION TO PLAINTIFFS CHIUCHIARELLI ET AL.'S MOTION**
**TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA**
**AND IN SUPPORT OF TRANSFER TO AND CONSOLIDATION IN**
**THE DISTRICT OF NEW JERSEY**

For the reasons set forth in the Brief in Opposition to Plaintiffs Chiuchiarelli et al.'s

Motion to Transfer to the Northern District of California and in Support of Transfer to and

Consolidation in the District of New Jersey, *see* Dkt. No. 40, Plaintiffs Christina Kolinsky and

Sidney Rossi respectfully move the Panel to transfer and coordinate the Related Actions before

the Honorable Julien Neals of the District of New Jersey.

Respectfully submitted,

Dated: April 26, 2024                          */s/ Daniel Goldman*

Thomas H. Bienert, Jr.
Daniel Goldman
BIENERT KATZMAN
LITTRELL WILLIAMS LLP
903 Calle Amanecer, Suite 350
San Clemente, CA 92673
Tel: (949) 369-3700
Fax: (949) 369-3701
Email: tbienert@bklwlaw.com
Email: dgoldman@bklwlaw.com

Gordon Ball
GORDON BALL, PLLC
3728 West End Avenue
Nashville, TN 37205
Tel: (865) 525-7028
Email: gball@gordonball.com

William G. Caldes
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
Email: bcaldes@srkattorneys.com