**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |

**INTERESTED PARTY RESPONSE OF PLAINTIFF BARBARA ACETO IN OPPOSITION TO AMENDED MOTION TO TRANSFER RELATED ACTIONS TO NORTHERN DISTRICT OF CALIFORNIA, (ECF NO. 6),
AND IN SUPPORT OF TRANSFER AND CENTRALIZATION IN
<u>DISTRICT OF NEW JERSEY, (ECF NO. 36)</u>**

Plaintiff BARBARA ACETO opposes transfer of the Related Actions to the Northern District of California, and she supports transfer and centralization in the District of New Jersey, including for the reasons set forth in the MEMORANDUM OF PLAINTIFF STACEY KURTZ IN OPPOSITION TO AMENDED MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND IN SUPPORT OF 28 U.S.C. § 1407 TRANSFER AND CENTRALIZATION IN THE DISTRICT OF NEW JERSEY, (ECF No. 36).

Dated: May 1, 2024

Respectfully submitted.

<u>s/ Peter A. Barile III</u>
Peter D. St. Phillip, Jr.
Vincent Briganti
Raymond P. Girnys
Peter A. Barile III
Peter Demato
44 South Broadway, Suite 1100
White Plains, NY 10601

Telephone: (914) 997-0500
Facsimile: (914) 997-0035
pstphillip@lowey.com
vbriganti@lowey.com
rgirnys@lowey.com
pbarile@lowey.com
pdemato@lowey.com