**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION** | **MDL No. 3113** |

**RESPONSE IN OPPOSITION TO PLAINTIFFS' CHIUCHIARELLI *ET AL*.'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA AND IN SUPPORT OF TRANSFER TO AND CONSOLIDATION IN THE DISTRICT OF NEW JERSEY**

Pursuant to 28 U.S.C. § 1407 and Judicial Panel on Multidistrict Litigation ("JPML") Rule 6.2, Interested Party Plaintiffs Tory Daines and Sarah Babb, Plaintiffs in *Daines et al. v. Apple, Inc.*, Case No. 2:24-cv-05359 (D.N.J.), hereby respond to Plaintiffs' Amended Motion to Transfer Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings. ECF No. 6.

Plaintiffs Daines and Babb filed their case in the District of New Jersey on April 19, 2024. The same day, Defendant Apple Inc. ("Apple") filed a Notice of Potential Tag-Along Actions notifying the Panel of the *Daines* action, along with six other Potential Tag-Along Actions. ECF No. 39.

Plaintiffs Daines and Babb hereby join and adopt by reference the Brief in Opposition to Plaintiffs' Chiuchiarelli et al.'s Motion to Transfer to the Northern District of California and in Support of Transfer to and Consolidation in the District of New Jersey. ECF No. 40.

Plaintiffs Daines and Babb respectfully submit that the District of New Jersey is the most appropriate forum given that, among other things, it is the forum where the majority of the actions are pending. *See In re Oxycontin Antitrust Litig.*, 314 F. Supp. 2d 1388, 1390 (J.P.M.L. 2004) (transfer in part because the transferee district had "the pendency of the majority of actions"); *In re MOVEit Customer Data Sec. Breach Litig.*, No. MDL 3083, 2023 U.S. Dist.

1

LEXIS 178596, at *10 (U.S. Jud. Pan. Mult. Lit. Oct. 4, 2023) ("More cases are pending in this district than in any other district. . . ."). Importantly, Apple also agrees that transfer to and centralization in the District of New Jersey is appropriate. ECF No. 44. And it is in the interest of judicial economy to consolidate and transfer the Related Actions to the District of New Jersey because it is where the Government action, which cannot be transferred by this Panel, is currently pending. 28 U.S.C. § 1407(g) (noting "[n]othing in this section shall apply to any action in which the United States or a State is a complainant arising under the antitrust laws"); *United States et al. v. Apple, Inc.*, Case No. 2:24-cv-04055 (D.N.J.).

Accordingly, if the Panel decides that transfer and coordination of the Related Actions is appropriate under 28 U.S.C. § 1407, Plaintiffs Daines and Babb respectfully request that the Panel transfer the Related Actions to the District of New Jersey before the Honorable Julien X. Neals for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

Dated: May 2, 2024

Respectfully submitted,

By: /s/ *Michelle C. Clerkin*
Michelle C. Clerkin
**SPIRO HARRISON & NELSON**
40 Exchange Place, Suite 1404
New York, NY 10005
Telephone: (646) 880-8850
Facsimile: (973) 232-0887
mclerkin@shnlegal.com

David B. Harrison
Eric H. Jaso
Joseph M. Esposito
Alexandria D. Martinez
**SPIRO HARRISON & NELSON**
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
Telephone: (973) 509-9521
Facsimile: (973) 232-0887
dharrison@shnlegal.com
ejaso@shnlegal.com

2

jesposito@shnlegal.com
amartinez@shnlegal.com

Jason C. Spiro
**SPIRO HARRISON & NELSON**
200 Monmouth Street, Suite 310
Red Bank, NJ 07701
Telephone: (732) 784-1470
Facsimile: (973) 232-0887
jspiro@shnlegal.com

Rachel Dapeer
**DAPEER LAW, P.A.**
20900 NE 30th Avenue, #417
Aventura, FL 33180
Telephone: (954) 799-5914
rachel@dapeer.com

*Counsel for Plaintiffs Daines and Babb and
the Proposed Class*