**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: Apple Inc. Smartphone Antitrust Litigation** | **MDL No. 3113** |

**ERRATA**

Plaintiffs Anali Herrerias and Mariah Nayeri, by and through their undersigned counsel, hereby submit this Errata to correct errors in the Response of Plaintiffs Anali Herrerias and Mariah Nayeri in Support of Motion to Transfer Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (ECF No. 59) which cited the incorrect case number for the Northern District case No. Attached as Attachments are copies of the Amended Response in Support of Transfer and Proof of service reflecting the corrected case number.

Proof of service of this Errata is also attached.

Dated: May 6, 2024

Respectfully submitted,

/s/ Gayle M. Blatt
Gayle M Blatt
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com

*Attorneys for Plaintiffs Herrerias and Nayeri (N.D. Cal. 3:24-cv-02199)*