**BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |

## NOTICE OF WITHDRAWAL OF FILING

In compliance with the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, PLEASE TAKE NOTICE that Ethan J. Barlieb hereby withdraws his Notice of Presentation of Oral Argument before this panel, filed at ECF No. 73, for Plaintiff in *Michaelson v. Apple Inc*, D.N.J., 2:24-cv-05722.

Dated: May 9, 2024

Respectfully submitted,

*/s/ Ethan J. Barlieb*
Ethan J. Barlieb
**KESSLER TOPAZ
    MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax.: (610) 667-7056
ebarlieb@ktmc.com

*Counsel for Plaintiff Robert Michaelson*