BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |
|---|---|

### DEFENDANT APPLE INC.'S MOTION FOR LEAVE TO FILE REPLY TO INTERESTED PARTY RESPONSE IN OPPOSITION FILED BY PLAINTIFF GIAMANCO

Pursuant to J.P.M.L. Rule 6.3, Apple Inc. ("Apple") respectfully moves this Panel for leave to file a Reply to respond to the Interested Party Response in Opposition filed by Plaintiff Joseph Giamanco (MDL Dkt. 84). A draft of Apple's proposed reply is attached hereto as **Exhibit A**. Appendix A to Apple's proposed reply is attached hereto as **Exhibit B**.

1. Plaintiff Jennifer B. Chiuchiarelli filed the Motion to Transfer on March 30, 2024. MDL Dkt. 1. Plaintiff Chiuchiarelli filed an Amended Motion to Transfer on April 3, 2024. MDL Dkt. 6.

2. On April 5, 2024, the Court entered a Notice of Filing and Publication of Revised Briefing Schedule with responses due on or before April 26, 2024 and a reply due on or before May 3, 2024. MDL Dkt. 8.

3. Shortly thereafter, on April 8, 2024, Plaintiff Chiuchiarelli notified the Court of potential tag-along actions, including an action brought by Plaintiff Joseph Giamanco. MDL Dkt. 12.

4. On the deadline for filing responses, April 26, 2024, Plaintiff Giamanco did not file a response.

5. The Court entered a Minute Order Closing Briefing on May 6, 2024. MDL Dkt. 65.

6. Following the closing of briefing, Plaintiff Giamanco filed a response. MDL Dkt. 84.

7. In its response, Plaintiff Giamanco raises for the first time new issues, including arguing that claims asserted by Apple Watch purchasers should not be centralized.

8. J.P.M.L. Rule 6.3 permits parties to seek miscellaneous relief, and allows the Panel, through the Clerk, to act upon any motion for miscellaneous relief without waiting for a response.

9. Accordingly, Apple requests that the Panel permit Apple to submit the attached Reply to Plaintiff Giamanco's Interested Party Response in Opposition.  *See, e.g.*, *In Re: Tasigna (Nilotinib) Products Liability Litigation*, MDL No. 3006, ECF 18 (May 14, 2021) (granting motion for leave to file reply to interested party response of plaintiffs under J.P.M.L. Rule 6.3 without waiting for response).

Dated:   May 14, 2024                              Respectfully submitted,

*/s/ Cynthia E. Richman*
Cynthia E. Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
CRichman@gibsondunn.com

*Attorneys for Defendant Apple Inc.*