BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113 |

## PLAINTIFFS' MOTION TO TRANSFER RELATED DEVELOPER ACTIONS TO THE DISTRICT OF NEW JERSEY FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

Pursuant to 28 U.S.C. § 1407 and JPML Rules 6.2 & 6.3, Plaintiffs Coronavirus Reporter Corporation ("CRC"), Greenflight Venture Corporation, and Calid Inc. ("Plaintiffs") respectfully move for an order transferring the Related Developer Actions to the New Jersey District, for coordinated and consolidated pretrial proceedings with the existing MDL cases. The attached Brief in Support of this motion provides the legal standard and argument in support of transfer, based on established standards of common facts, legal theories, and judicial economy.

Respectfully submitted,

AMERICAN WEALTH PROTECTION
/s/ Keith Mathews
Keith Mathews
1000 Elm Street, Suite 800
Manchester, NH 03105
603-622-8100
keith@awplegal.com

*Counsel for Coronavirus Reporter Corporation & CALID Inc.*

Dated: July 26, 2024